# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT MARINE CRITTENDEN,<br><br>    Petitioner,<br><br>  v.<br><br>CAL. DEPT. OF CORRECTIONS AND REHABILITATION,<br><br>    Respondent. | Case No. SACV 11-0059 JST (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. Petitioner filed no objections to the Report and Recommendation.

  Accordingly, IT IS ORDERED THAT:

  (1) the Report and Recommendation is approved and adopted;

  (2) judgment be entered denying the Petition and dismissing this action with prejudice; and

  (3) the Clerk serve copies of this Order and the Judgment on the parties.

  Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *Miller-El v.*

*Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

DATED: April 7, 2011

                                          **JOSEPHINE STATON TUCKER**
                                       HON. JOSEPHINE STATON TUCKER
                                       UNITED STATES DISTRICT JUDGE