# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT MARINE CRITTENDEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CAL. DEPT. OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Respondent. | Case No. SACV 11-0059 JST (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 7, 2011

**JOSEPHINE STATON TUCKER**
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE